**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-2175**

_____

MARIE THERESE ASSA'AD-FALTAS, MD, MPH,

        Plaintiff - Appellant,

    v.

RICHLAND COUNTY SHERIFF'S DEPARTMENT, RCSD; LEON LOTT, officially as Sheriff of Richland County (RC), South Carolina (SC) and Warden of the Alvin Glenn Detention Center (ASGDC) for injunctive relief and individually for damages; JEANETTE MCBRIDE, officially as RC's Clerk of Court for injunctive relief and individually for damages; GAFFORD THOMAS COOPER, JR., individually for damages; BRETT BAYNE, individually for damages; JAMES R. BARBER, III, individually for nominal damages and officially for injunctive relief; RCSD CAPTAIN HARRY STUBBLEFIELD, individually for damages and officially for injunctive relief; RCSD LIEUTENANT DARRYL PRICE, individually for damages and officially for injunctive relief; RCSD DEPUTY CALVIN HILL, individually for damages and officially for injunctive relief; and all their subordinates who did and/or intend to injure Plaintiff,

        Defendants- Appellees.

.

_____

**No. 13-2413**

_____

MARIE THERESE ASSA'AD-FALTAS, MD, MPH,

        Plaintiff - Appellant,

    v.

RICHLAND COUNTY SHERIFF'S DEPARTMENT, RCSD; LEON LOTT, officially as Sheriff of Richland County (RC), South

Carolina (SC) and Warden of the Alvin Glenn Detention Center (ASGDC) for injunctive relief and individually for damages; JEANETTE MCBRIDE, officially as RC's Clerk of Court for injunctive relief and individually for damages; GAFFORD THOMAS COOPER, JR., individually for damages; BRETT BAYNE, individually for damages; JAMES R. BARBER, III, individually for nominal damages and officially for injunctive relief; RCSD CAPTAIN HARRY STUBBLEFIELD, individually for damages and officially for injunctive relief; RCSD LIEUTENANT DARRYL PRICE, individually for damages and officially for injunctive relief; RCSD DEPUTY CALVIN HILL, individually for damages and officially for injunctive relief; and all their subordinates who did and/or intend to injure Plaintiff,

Defendants - Appellees.

---

Appeals from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Chief District Judge.  (3:13-cv-01629-TLW)

---

Submitted:  May 22, 2014                    Decided:  May 28, 2014

---

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Marie Therese Assa'ad-Faltas, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Marie Assa'ad-Faltas appeals the district court's orders adopting, in part, the magistrate judge's recommendation to dismiss, after a 28 U.S.C. § 1915 (2012) review, her 42 U.S.C. § 1983 (2012) complaint against defendants, its order denying her Fed. R. Civ. P. 59(e) motion, and its order adopting the magistrate judge's recommendation to deny her motion for injunctive relief. Limiting our review to the issues raised in the informal brief, see 4th Cir. R. 34(b), we affirm the district court's orders. Assa'ad-Faltas v. Richland County Sheriff's Dep't, No. 3:13-cv-01629-TLW (D.S.C. Sept. 17, 2013; Oct. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED